Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RELATED DDJ
NO CV-30
IFP SUBMITTED

# UNITED STATES DISTRICT COURT
for the
Central District of California
_____ Division

FILED
CLERK, U.S. DISTRICT COURT
SEPT 17, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: PD DEPUTY

Devin Wade

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

National Security Agency & Cyber

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:24-cv-01996 MWF (JPR)
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Devin Wade
- Address: 6657 Canterbury Dr. #202, Chino Hills CA 91709
  - City / State / Zip Code
- County:
- Telephone Number:
- E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

- Name: National Security Agency & Cyber
- Job or Title (if known):
- Address: US Capitol Building Washington, DC 20515-6415
  - City / State / Zip Code
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

**Defendant No. 2**

- Name:
- Job or Title (if known):
- Address:
  - City / State / Zip Code
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
Name _____
Job or Title *(if known)* _____
Address _____
_____
City _____ State _____ Zip Code _____
County _____
Telephone Number _____
E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name _____
Job or Title *(if known)* _____
Address _____
_____
City _____ State _____ Zip Code _____
County _____
Telephone Number _____
E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
(2015 federal criminal codes: 18 usc 3771(1) Law changed and after filing 5:19-cv-2496, as well as case name. Previously was Devin Wade v. Dept of Defense et al), 18 USC 1512(b)(1)(c)(1) Each arrest since 2015, 18 usc 241 & 18 usc 242, 14th amendment, Deprivation of Life while not upholding immunities of law against 5th amendment. All law must be upheld.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    1st, 4th, 5th, 6th, & 14th amendment as well as 18 usc 241 & 18 usc 242

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    arresting crime victim of GBI multiple times after becoming one in 2015. 3 dismissed cases preventing testimony as well as San Bernardino County concealed & Riverside County ( Public Intoxication Arrest [2016]) altered/concealed. 18 usc 1512(c)(1) of 2021 federal criminal codes.
    As proven on PSR (document 56) of case # 2:20-cr-00242-AB United States of America v. Devin Kyle Wade

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

    Central District of California (CACD), Riverside County, San Bernardino County, & Orange County California.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

    2015 - 2024 (present)

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

    Plaintiff is a crime victim of GBI if 2 cases FWV1503270-1 & FWV1503270-2 as well on probation in RIF2401807. Also defendant(s) have been trying to frame and assassinate victim, also Senate changed law in 2021 after prosecuting Crime Victim in 2:20-cr-00242-AB, while trafficked, enslaved to labor while incarcerated against 18 usc 1590(a)(b),18 usc 1593(c). and civil suit filed in 2019 case # 5:19-cv-2496 and altered case name to United States of America, as well in case # 5:20-cv-00257, altered name to Dept of Defense et al and dismissed it, preventing testimony against title 18 usc 1512(a)(b)(1)(c)(1)(d)(1), also Wade was arrested and prosecuted in case #'s RIM2403354, RIM1705294, RIM1713155, RIM1617305, RIF2401807, RIF2401808,RIF2401812, RIM2405849, RIM2407438 out of Riverside County HALL OF JUSTICE. Also Plaintiff arrested by state/ local official: Chino Police Department and being prosecuted by Rancho District Court of San Bernardino County, CA Superior Court in case # FWV24002513 while receiving payment for services. Law was changed in 2021 violating 18 usc 1512(b)(1)(c)(1) after 5:19-cv-02496 was filed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Deprivation of Life,
Government is stalking Devin Kyle Wade, destroying my life, hacking me, and framing myself for domain name(s) as reported in ic3.gov complaint reports as well as government swapping Ip Addresses that previously Pinged in bank servers with investigators so they cannot go forward with case depriving life against due process immunities of obstruction/ and or previous crime victim rights violating the 14th amendment.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

demand met in full, 3x for dismissal; before altered and changed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**VI.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/14/2024

Signature of Plaintiff: Devin Wade
Printed Name of Plaintiff: Devin K. Wade

**B.   For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*   *State*   *Zip Code*

Telephone Number
E-mail Address

| U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA | U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA | U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| CASE NO. FWV1503270-1 | CASE NO. FWV1503270-2 | CASE NO. 2:20-cr-00242-AB |
| The People of the State of California | The People of the State of California | United States of America |
| VS. Cynthia Perry | VS. Tanisha Mitchell | VS. Devin Kyle Wade |
| PLAINTIFF'S EXHIBIT A | PLAINTIFF'S EXHIBIT B | PLAINTIFF'S EXHIBIT C |
| DATE ____ IDEN. | DATE ____ IDEN. | DATE ____ IDEN. |
| DATE ____ EVID. | DATE ____ EVID. | DATE ____ EVID. |
| BY ____ Deputy Clerk | BY ____ Deputy Clerk | BY ____ Deputy Clerk |
| CASE NO. FWV24002513 | CASE NO. RIM2403354 | CASE NO. RIF2401807 |
| The People of the State of California | The People of the State of California | The People of the State of California |
| VS. Devin Kyle Wade | VS. Devin Kyle Wade | VS. Devin Kyle Wade |
| PLAINTIFF'S EXHIBIT D | PLAINTIFF'S EXHIBIT E | PLAINTIFF'S EXHIBIT F |
| CASE NO. RIF2401808 | CASE NO. RIF2401812 | CASE NO. RIM1612178 |
| The People of the State of California | The People of the State of California | The People of the State of California |
| VS. Devin Kyle Wade | VS. Devin Kyle Wade | VS. Devin Kyle Wade |
| PLAINTIFF'S EXHIBIT G | PLAINTIFF'S EXHIBIT H | PLAINTIFF'S EXHIBIT I |
| CASE NO. RIM1617305 | CASE NO. RIM1705294 | CASE NO. RIM1713155 |
| The People of the State of California | The People of the State of California | The People of the State of California |
| VS. Devin Kyle Wade | VS. Devin Kyle Wade | VS. Devin Kyle Wade |
| PLAINTIFF'S EXHIBIT J | PLAINTIFF'S EXHIBIT K | PLAINTIFF'S EXHIBIT L |

G-14A (04/17)    Exhibit Tag (Plaintiff)